Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone:     725-248-2900
Facsimile:     725-248-2907

*Attorneys for Defendant*
*Safeco Insurance Company of Illinois*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRY ROGERS and BONNIE ROGERS, Husband and Wife,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois corporation doing business in the State of Nevada; DOES I through X, inclusive; ABC CORPORATIONS I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive,<br><br>Defendants. | CASE NO.:  3:22-cv-00107-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE SAFECO INSURANCE COMPANY OF ILLINOIS** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1    IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Harry Rogers and Bonnie

2    Rogers ("Plaintiffs") and Defendant Safeco Insurance Company of Illinois ("Safeco") by and

3    through their respective counsel, that the matter be dismissed with prejudice, with each party to

4    bear its own fees and costs.

5    Dated:  May 19, 2022

6    BRADLEY, DRENDEL & JEANNEY          CLYDE & CO US LLP

7

8    */s/ Joseph S. Bradley, Esq.*          */s/ Dylan Todd*

9    Joseph S. Bradley, Esq. (NV Bar No. 1787)   Amy M. Samberg (NV Bar No. 10212)
     jbradley@bdjlaw.com                  amy.samberg@clydeco.us
10   P.O. Box 1987                        Dylan P. Todd (NV Bar No. 10456)
     Reno, NV 89505                       dylan.todd@cyldeco.us
11   Telephone No. (775) 335-9999         7251 W. Lake Mead Blvd., Suite 430
     Facsimile No. (775) 335-9993         Las Vegas NV  89128
12                                        Telephone: 725-248-2900
                                          Facsimile:      725-248-2907
13   *Attorneys for Plaintiffs*
     *Harry Rogers and Bonnie Rogers*     *Attorneys for Defendant*
14                                        *Safeco Insurance Company of Illinois*

15

16

17                                  **ORDER**

18        IT IS SO ORDERED.

19

20                                  _____
                                    UNITED STATES DISTRICT JUDGE
21
                                    DATED:  May  19 , 2022.
22

23

24

25

26

27

28

- 2 -